No. 61855.—Davies, Turner & Co. v. United States, protest 307301–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.